IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DEUTSCHE FINANCIAL SERVICES CORPORATION, ) <br> f/k/a, Deutsche Credit Corporation, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> CHESAPEAKE YACHT SALES, INC., et al. ) <br> ) <br> Defendants ) | WN 92-2377 |
| DEUTSCHE FINANCIAL SERVICES CORPORATION, ) <br> f/k/a, Deutsche Credit Corporation, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> LEO J. MAURICIO, et al. ) <br> ) <br> Defendants ) | WMN 95-3441 |

**PRAECIPE: NOTICE OF DISMISSAL**

TO THE CLERK:

Plaintiff, Deutsche Financial Services Corporation, f/n/a Deutsche Credit Corporation, by counsel, hereby files this Praecipe: Notice of Dismissal, and states as follows:

The parties, having previously agreed to settle and resolve their disputes and having entering into a certain Settlement Agreement evidencing their agreement, have now fully complied with the terms of the Settlement Agreement.

Accordingly, this consolidated case, which was "stetted" as a result of the Settlement Agreement, and administratively closed, should be marked as "SETTLED AND DISMISSED." The Judgment herein should be marked as "PAID AND SATISFIED."

Dated: November 2, 2001

Respectfully submitted,

/s/ Douglas A. Rubel
Douglas A. Rubel, Esquire
102 Doric Court
Morrisville, North Carolina 27560
(919) 466-0704
(919) 468-5263 (Fax)

Attorneys for Deutsche Credit Corporation

"APPROVED" THIS 5th DAY OF November, 2001
/s/
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2001 a copy of the foregoing Line: Notice of Dismissal was mailed, postage prepaid, to: James M. Towarnicky, Esquire, counsel for Leo J. Mauricio, Donna C. Mauricio, and The Leo J. Mauricio and Donna C. Mauricio Realty Trust, 7535 Little River Turnpike, #101, Annandale, Virginia 22003.

/s/ Douglas A. Rubel
DOUGLAS A. RUBEL